UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: MICHAEL VALONE and KRISTIE VALONE

_____

MICHAEL VALONE and KRISTIE VALONE,

      Appellants,

v.                                      Case No: 2:13-cv-171-FtM-38

JON WAAGE,

      Appellee.
_____/

## **ORDER**[1]

On June 24, 2015, the Eleventh Circuit Court of Appeals issued as mandate a Judgment (Doc. #25) reversing the March 12, 2014 Order of this Court (Doc. #19), which affirmed the Bankruptcy Court's ruling that the Wild Card Exemption did not apply to the debtors in this case. The Eleventh Circuit remanded the action for the further purpose of remanding to the Bankruptcy Court with instructions to apply the Wild Card exemption to the Debtor's bankruptcy filing.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

1.  Pursuant to the remand from the Eleventh Circuit, this matter is **REMANDED** to the Bankruptcy Court to apply the Wild Card Exemption to the Valone's bankruptcy case.

2.  The Clerk shall **transmit** a certified copy of this Order, and the Eleventh Circuit Judgment, to the United States Bankruptcy Court for further proceedings.

3.  The Clerk is further directed to send a copy of this Order to the Honorable Caryl E. Delano, United States Bankruptcy Judge, and to close the appellate file.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of July, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record